GARY M. RESTAINO
United States Attorney
District of Arizona
THEO NICKERSON
Assistant United States Attorney
Connecticut State Bar No. 429356
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, AZ  85004-4449
Telephone: (602) 514-7500
Fax: (602) 514-7693
Theo.Nickerson2@usdoj.gov
*Attorneys for United States of America*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| J.E.B. et al, | No. 24-cv-03069-DGC |
| Plaintiffs, | |
| v. | **THE UNITED STATES' NOTICE OF NON-OPPOSITION** |
| United States of America, | |
| Defendant. | |

Plaintiffs filed this suit on November 5, 2024. Doc. 1. On the same date, Plaintiffs also filed a motion to proceed under pseudonym and motion for protective order. Doc. 2. On January 30, 2025 the Court ordered the United States to respond to Plaintiffs' motions. Doc. 11. The United States hereby responds with this notice of non-opposition. The United States neither opposes Plaintiffs' motion to proceed under pseudonym nor does it oppose Plaintiffs' motion for a protective order.

RESPECTFULLY SUBMITTED February 7, 2025.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Theo Nickerson*
THEO NICKERSON
Assistant United States Attorney
*Attorneys for Defendant*