# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| J.E.B., on behalf of himself and his minor child, F.B.; V.C.Y., and his minor child, G.G.C.J.; L.M.L., and her minor child, L.J.L, <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-24-03069-PHX-DGC <br><br> **ORDER** |

Pending before the Court is Plaintiffs' Motion to Proceed Under Pseudonym and For a Protective Order before this Court. Doc. 2. The government has no objection. *See* Doc. 12.

**IT IS ORDERED:**

1. Plaintiffs' motion (Doc. 2) is **granted**.

2. Plaintiffs are granted leave to proceed in this matter under pseudonyms.

3. Defendant shall not publicly disclose the names or personal identifying information of Plaintiffs.

4. All parties shall submit pleadings, briefing, and evidence using Plaintiffs' pseudonyms instead of their real names and other personal identifying information.

Dated this 7th day of February, 2025.

David G. Campbell
Senior United States District Judge