# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| J.E.B. on behalf of himself and his minor child F.B.; L.M.L. on behalf of herself and her minor child L.J.L.,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. CV-24-3069-PHX-DGC<br><br>**ORDER** |

Pending before the Court is Plaintiffs' Motion for Leave to File Second Amended Complaint (Doc. 24) and the United States' Notice of Non-Opposition (Doc. 25).

**IT IS ORDERED**:

1. Plaintiffs' Motion for Leave to File Second Amended Complaint (Doc. 24) is **granted**.

2. Plaintiffs shall file a clean copy of the Second Amended Complaint (Doc. 24-1) within 3 days of this order.

3. The United States' Motion to Dismiss (Doc. 20) and request for extension to file a reply to the response to the motion to dismiss (Doc. 25) are **denied as moot**.

Dated this 29th day of May, 2025.

David G. Campbell
Senior United States District Judge