# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| J.E.B. on behalf of himself and his minor child F.B., L.M.L. and on behalf of her minor child L.J.L., <br><br> Plaintiffs, <br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-24-03069-PHX-DGC <br><br> **ORDER** |

The United States' Reply (Doc. 37) contains attachments which do not comply with the Court's Order issued February 7, 2025. *See* Doc. 13.

**IT IS HEREBY ORDERED** the Clerk's Office shall seal the attachments to the United States' Reply at Doc. 37. The United States shall file redacted exhibits within one week of this order.

Dated this 19th day of November, 2025.

*David G. Campbell*
David G. Campbell
Senior United States District Judge