# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| J.E.B., et al., | No. CV-24-03069-PHX-DGC |
| Plaintiffs, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

Pursuant to the parties' request at the January 14, 2026, scheduling conference,

**IT IS ORDERED** that this matter is referred to United States Magistrate Judge Alison S. Bachus for a settlement conference. Counsel are directed to jointly contact Magistrate Judge Bachus' Chambers at 602-322- 7610 no later than January 23, 2026, to schedule a date and time for the settlement conference and for instructions regarding preparation for such conference.

Dated this 15th day of January, 2026.

David G. Campbell
Senior United States District Judge