IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| J.E.B., et al., | No. CV-24-03069-PHX-DGC |
| Plaintiffs, | |
| v. | **ORDER** |
| United States of America, | |
| Defendant. | |

The Court is in receipt of Defendant's Notice of Futility and Motion to Vacate Settlement Conference. (Doc. 52.) Because defense counsel has notified this Court that counsel cannot obtain final settlement authority (*see id.*), the Court will grant the Motion and vacate the settlement conference. However, should the posture of this matter change, undersigned remains willing to assist the parties in pursuing resolution.

**IT IS THEREFORE ORDERED granting** Defendant's Motion to Vacate Settlement Conference (Doc. 52). The Settlement Conference Order (Doc. 49), including the March 17, 2026 settlement conference and all attendant deadlines, is **vacated**.

Dated this 2nd day of March, 2026.

Honorable Alison S. Bachus
United States Magistrate Judge