TIMOTHY COURCHAINE
United States Attorney
District of Arizona
THEO NICKERSON
Assistant United States Attorney
Connecticut State Bar No. 429356
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Fax: (602) 514-7760
Email: Theo.Nickerson2@usdoj.gov
*Attorneys for the United States of America*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

J.E.B., et al.,

Plaintiffs,

v.

The United States of America,

Defendant.

No. CV-24-03069-PHX-DGC

**JOINT MOTION FOR ORDER ENTERING CLAWBACK AGREEMENT AND ORDER PURSUANT TO FED. R. EVID. 502(d)**

The parties jointly move for entry of an order pursuant to Fed. R. Evid. 502(d), lodged together with this motion, to protect the parties against waiver of any privileges, protections, or immunities attaching to documents produced in this action.

The parties anticipate that privileged documents may be produced in this action. Absent an order from the Court, under certain circumstances, production of privileged documents can operate as a waiver of any applicable privilege, protection, and/or immunity with respect to disclosure. Fed. R. Evid. 502(d) provides that "[a] federal court may order that the privilege or protection is not waived by disclosure connected with the litigation pending before the court – in which event the disclosure is also not a waiver in any other federal or state proceeding." Rule 502(d) is intended to expedite discovery and save costs in matters involving large volumes of documents and ESI, by reducing or eliminating the risk that disclosure will result in waiver of privileges. Fed. R. Evid. 502(d), Advisory

Committee Notes (2007). These factors support entry of an order under Fed. R. Evid. 502(d) here.

The parties therefore respectfully request that the Court issue the parties' Proposed Order Pursuant to Fed. R. Evid. 502(d).

RESPECTFULLY SUBMITTED this 15th day of September, 2026.

*s/ Lincoln Combs (with permission)*
O'Steen MacLeod Combs PLC
300 W Clarendon Ave., Ste. 400
Phoenix, AZ 85013
Phone: 602-252-8888
Fax: 602-274-3372
Email: lcombs@omclawyers.com

Ricardo De Anda
De Anda Law Firm
Plaza de San Agustin
212 Flores Ave.
Laredo, TX 78040
956-740-1998
Email: deandalaw@gmail.com

*Attorneys for Plaintiff*

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/ Theo Nickerson*
Assistant United States Attorney
*Attorneys for Defendant*